UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Criminal No. 4:15-CR-39-1H
Civil No. 4:17-CV-129-H

MICHAEL EARL JORDAN,　　　　)
　　　　　　　　　　　　　　　)
　　　　　　Petitioner,　　　　)
　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　)　　　　ORDER
　　　　　　　　　　　　　　　)
UNITED STATES OF AMERICA,　　 )
　　　　　　　　　　　　　　　)
　　　　　　Respondent.　　　　)

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 4th day of October, 2017.

_____
MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE