IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:15-CR-39-1H
No. 4:17-CV-129-H


MICHAEL EARL JORDAN,                 )
                                     )
          Petitioner,                )
                                     )
                                     )
     v.                              )          **ORDER**
                                     )
                                     )
UNITED STATES OF AMERICA,            )
                                     )
          Respondent.                )


This matter is before the court on Petitioner's motion to vacate pursuant to 28 U.S.C. § 2255, which has been referred to the undersigned for an evidentiary hearing and memorandum and recommendation by Senior United States District Judge Malcolm J. Howard. Counsel are directed to confer and to submit to the court, on or before **May 20, 2019**, three proposed dates for an evidentiary hearing on Petitioner's claims.

This 19th day of April 2019.


_____
KIMBERLY A. SWANK
United States Magistrate Judge